*Hoffman* for the plaintiff, *S ghers* for the defendants.

—◦◆◦—

### BROCARD vs. CAMP'S CURATOR.

A party to a sale, cannot prove its simulation by *parole.*

APPEAL from the court of the parish and city of New Orleans.

MARTIN, J. delivered the opinion of the court. This cause is before us on a bill of exceptions to the opinion of the court of probates, on the rejection of parol proof that the sale of a lot, made by the plaintiff for the deceased, was a simulated one, and that the latter promised to re-convey the lot.

The case has been submitted to us without argument.

We think the judge of probates did not err. The plaintiff ought to have armed herself with a counter letter.—*Ante*, 451.

It is therefore ordered, adjudged and decreed, that the judgment of the court of probates be affirmed with costs.

*Maybin* for the plaintiff, *Hennen* for the defendant.